Case 1:13-cv-04308-PKC   Document 12-1   Filed 08/19/13   Page 1 of 3

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-6-13
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FRANK ERICKSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CORINTHIAN COLLEGES, INC., JACK P. MASSIMINO, ROBERT C. OWEN, and KENNETH S. ORD, <br><br> Defendants. | No. 13 Civ. 4308-PKC |

*and without in any way ruling or prejudging the merits of the motion to transfer*

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING
SELECTION OF COUNSEL

WHEREAS, the Court *having* considered the ~~competing~~ *unopposed* motion for Appointment of Lead Plaintiff and Approval of Counsel,

IT IS HEREBY ORDERED THAT:

**APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**

1. ~~Having reviewed all pending Motions and accompanying Memoranda of Law,~~ the Court hereby appoints Frank Erickson ("Erickson") as Lead Plaintiff. Erickson satisfies the requirements for Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

2. Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v), has selected and retained Pomerantz Grossman Hufford Dahlstrom & Gross LLP to serve as its "Lead Counsel" in this action.

3. Plaintiffs' Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

   (a)    to coordinate the briefing and argument of motions;

(b)    to coordinate the conduct of discovery proceedings;

(c)    to coordinate the examination of witnesses in depositions;

(d)    to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

(e)    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f)    to coordinate all settlements negotiations with counsel for defendants;

(g)    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

(h)    to supervise any other matters concerning the prosecution, resolution or settlement of the Action.

4.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.   No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.    Counsel in any related action that is consolidated with this Action shall be bound by this organization of plaintiffs' counsel.

6.    Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

7.    Lead Counsel shall be the contact between plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

8.    Defendants shall effect service of papers on plaintiffs by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery.  Plaintiffs shall effect service of papers on defendants by serving a copy of same on defendants' counsel by overnight mail service, electronic or hand delivery.

9.  In the event of a grant of the motion to transfer, the transferee Court shall have full power and authority to vacate or modify this Order.

**SO ORDERED.**

Dated: _____, 2013
New York, New York

_____
Honorable P. Kevin Castel
United States District Judge